# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND K. FERRIS**, | : | **CIVIL ACTION NO. 1:09-CV-1465** |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **WARDEN HOLT**, | : | |
| Respondent | : | |

## ORDER

AND NOW, this 8th day of December, 2009, upon consideration of petitioner's motion for reconsideration (Doc. 23) of this court's order of October 8, 2009 (Doc. 22), denying his petition for writ of habeas corpus in which he was seeking pre-release custody placement in a residential reentry center, and the court having confirmed via the Federal Bureau of Prisons inmate locator system,[1] that petitioner has been granted pre-release custody to a community corrections program in Philadelphia, Pennsylvania, thereby rendering the petition moot, see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must

---

[1] http://www.bop.gov/iloc2/LocateInmate.jsp.

be dismissed as moot."), it is hereby ORDERED that motion for reconsideration (Doc. 23) is DENIED.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge